**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>PFIZER INC.,<br><br>                    Defendant. | No. 10-CV-01193 |

## <u>PFIZER'S DISCLOSURE STATEMENT AND NOTICE OF AFFILIATES</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Pfizer Inc.

("Pfizer") states that it is a publicly-held corporation.  Pfizer further states that no entity owns

5% or more of its stock.


May 28, 2010                          **ROPES & GRAY LLP**

                                     /s/  Qasim S. Jami_____
                                     Qasim S. Jami
                                     111 South Wacker Drive
                                     46th Floor
                                     Chicago, IL 60606-4302
                                     (312) 845-1200
                                     qasim.jami@ropesgray.com

                                     Bradford J. Badke
                                     Jeanne C. Curtis
                                     Matthew A. Traupman
                                     1211 Avenue of the Americas
                                     New York, NY  10036-8704

                                     *Attorneys for Defendant Pfizer Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing DISCLOSURE

STATEMENT AND NOTICE OF AFFILIATES was electronically filed with the Clerk of Court

using CM/ECF on May 28, 2010, which will send notification to the registered attorney(s) of

record that the document has been filed and is available for viewing and downloading.

| | | |
|---|---|---|
| Joseph M. Vanek | Bruce S. Sperling | Martin Goering |
| Thomas A. Vickers | Robert D. Cheifetz | Jessica E. Rissman |
| David P. Germaine | SPERLING & SLATER, P.C. | EUGENE M. CUMMINGS, |
| Jeffrey R. Moran | 55 West Monroe Street | P.C. |
| VANEK, VICKERS | Suite 3200 | One North Wacker Drive |
| &MASINI, P.C. | Chicago, Illinois 60603 | Suite 4130 |
| 111 S. Wacker Drive | Tel: (312) 641-3200 | Chicago, Illinois 60606 |
| Suite 4050 | Fax: (312) 641-6492 | Tel: (312) 984-0144 |
| Chicago, Illinois 60606 | bss@sperling-law.com | Fax: (312) 984-0146 |
| Tel: (312) 224-1500 | robc@sperling-law.com | mgoering@emcpc.com |
| Fax: (312) 224-1510 | | jrissman@emcpc.com |
| jvanek@vaneklaw.com | | |
| tvickers@vaneklaw.com | | |
| dgermaine@vaneklaw.com | | |
| jmoran@vaneklaw.com | | |

/s/ Qasim S. Jami_____

Qasim S. Jami

24738892_1.DOC