**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS A. SIMONIAN,<br><br>       Plaintiff,<br><br>   v.<br><br>PFIZER INC.,<br><br>       Defendant. | No. 10-CV-01193 |

## PFIZER'S 28 U.S.C. § 1404(a) MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Pursuant to 28 U.S.C. § 1404(a), Pfizer inc. ("Pfizer") respectfully requests the Court to transfer the action brought against it by Plaintiff Thomas A. Simonian ("Simonian") to the United States District Court for the District of New Jersey. The bases for Pfizer's Motion are fully set forth in Pfizer's Memorandum In Support Of Its 28 U.S.C. § 1404(a) Motion To Transfer, which is herein incorporated by reference.

April 4, 2011                                               **ROPES & GRAY LLP**

                                                                      /s/ Qasim S. Jami_____
                                                                        Qasim S. Jami
                                                                        111 South Wacker Drive
                                                                        46th Floor
                                                                        Chicago, IL 60606-4302
                                                                        (312) 845-1200
                                                                        qasim.jami@ropesgray.com

                                                                        Bradford J. Badke
                                                                        Michael P. Kahn
                                                                        1211 Avenue of the Americas
                                                                        New York, NY 10036-8704

                                                                        *Attorneys for Defendant Pfizer Inc.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing 28 U.S.C. § 1404(A) MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY was electronically filed with the Clerk of Court using CM/ECF on April 4, 2011, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

| | | |
|---|---|---|
| Joseph M. Vanek<br>Thomas A. Vickers<br>David P. Germaine<br>Jeffrey R. Moran<br>VANEK, VICKERS &MASINI, P.C.<br>111 S. Wacker Drive<br>Suite 4050<br>Chicago, Illinois 60606<br>Tel: (312) 224-1500<br>Fax: (312) 224-1510<br>jvanek@vaneklaw.com<br>tvickers@vaneklaw.com<br>dgermaine@vaneklaw.com<br>jmoran@vaneklaw.com | Bruce S. Sperling<br>Robert D. Cheifetz<br>SPERLING & SLATER, P.C.<br>55 West Monroe Street<br>Suite 3200<br>Chicago, Illinois 60603<br>Tel: (312) 641-3200<br>Fax: (312) 641-6492<br>bss@sperling-law.com<br>robc@sperling-law.com | Martin Goering<br>Jessica E. Rissman<br>EUGENE M. CUMMINGS, P.C.<br>One North Wacker Drive<br>Suite 4130<br>Chicago, Illinois 60606<br>Tel: (312) 984-0144<br>Fax: (312) 984-0146<br>mgoering@emcpc.com<br>jrissman@emcpc.com |

/s/__*Qasim S. Jami*_____
Qasim S. Jami